# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-23-717-R |
| | ) |
| GRADY COUNTY MEDICAL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court for review of the Report and Recommendation [Doc. No. 7] issued by United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Mitchell recommends dismissal of this action without prejudice under Rule 41(b) given Plaintiff's failure to respond to the Court's order directing him to supplement his in forma pauperis application.

Within the time to file an objection to the Report and Recommendation, Plaintiff submitted a document titled "Motion for Continuous Medical Neglect and Racial Discrimination and Deliberate Indifference" [Doc. No. 8]. Plaintiff's motion includes additional factual allegations related to his claims but does not raise any specific objection to the Report nor does it include the supplemental information needed for his IFP application. Accordingly, the Court finds that Plaintiff has failed to make a specific objection to the Report and has waived further review of the findings and recommendation

presented in it.¹ *See United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir.1996) ("[A] party's objections to the magistrate judge's report and recommendation must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review."). In any event, having reviewed the Report and Recommendation and the entirety of the case record, the Court fully concurs with Judge Mitchell's recommendation.

The Court therefore ADOPTS the Report and Recommendation [Doc. No. 7] in its entirety. For the reasons stated therein, this action is dismissed without prejudice to refiling.

IT IS SO ORDERED this 27th day of October 2023.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

¹ While there is an interest of justice exception to the firm waiver rule, *2121 E. 30th St.*, 73 F.3d at 1060, the Court finds no basis for its application here.